1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL COIT, | ) Case No.:  EDCV12-01433 JGB (SPx) |
| | ) |
| Plaintiff, | ) *[Assigned to Hon. Jesus G. Bernal]* |
| | ) |
| vs. | ) **ORDER DISMISSAL WITH** |
| | ) **PREJUDICE** |
| MARINA RESORT, INC., | ) |
| | ) Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| Defendant. | ) |

/ / /

/ / /

/ / /

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed the Stipulation for Dismissal With Prejudice of Defendant MARINA RESORT INC.

IT IS HEREBY ORDERED that the action and all claims against defendant Marina Resort, Inc. are dismissed with prejudice. The Court shall retain jurisdiction as set forth in the Order Re: Consent Decree for Settlement of Injunctive Relief Portion of Plaintiff's Complaint (Docket No. 28), each party to bear its own attorneys' fees, expenses and costs.

Dated: August 20, 2013

_____
HON. JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE

ORDER GRANTING DISMISSAL WITH PREJUDICE
Case No.: EDCV12-01433 JGB (SPx)     2